AO 440 (Rev. DC - September 2003) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## District of Columbia

Sierra Club

**SUMMONS IN A CIVIL CASE**

V.

Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency

CASE

Case: 1:07-cv-01040
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/11/2007
Description: General Civil

TO: (Name and address of Defendant)

Jeffrey A. Taylor
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David C. Bender
Garvey McNeil & McGillivray, S.C.
634 W. Main Street, Suite 101
Madison, WI 53703

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     JUN 1 1 2007
_____             _____
CLERK                                        DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE June 15, 2007 |
| NAME OF SERVER *(PRINT)* David C Bender | TITLE Counsel for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): certified mail return receipt requested see attached affidavit

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___July 19, 2007___     _[signature]_
                  *Date*              *Signature of Server*

634 W Main Street, Ste 101
Madison WI 53703
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, </br></br> Plaintiff, </br></br> v. </br></br> STEPHEN L. JOHNSON, in his official capacity as Administrator, United States Environmental Protection Agency </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:07-cv-0140-ESH </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### AFFIDAVIT OF SERVICE

I, David C. Bender, hereby declare that on the 15th day of June, 2007, I mailed a copy of the summons and complaint in this action, certified mail, return receipt requested, to the following persons:

Attorney General Alberto Gonzales

Stephen L. Johnson, EPA Administrator

Jeffrey A. Taylor, United States Attorney

Attached hereto are the certified green cards acknowledging service.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
Alberto Gonzales
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): JUN 25 2007
C. Date of Delivery: 6/25/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 7834 7558

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey A Taylor
Attn. Civil Process
US Attorney's office
555 4th Street, NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): JUN 20 2007
C. Date of Delivery: 6-20-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signature] ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Stephen L Johnson<br>United States EPA<br>Ariel Rios Bldg<br>1200 Pennsylvania Ave, NW<br>Washington, DC 20460 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7005 1160 0001 7834 7534 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

[signature]
David C. Bender
GARVEY MCNEIL & MCGILLIVRAY, S.C.
634 W. Main Street, Suite 101
Madison, WI 53703
Tel. 608.256.1003
Fax. 608.256.0933
bender@gmmattorneys.com