IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

)
SIERRA CLUB                                        )
                                                          )
         Plaintiff,                                    )
                                                          )          C.A. No. 07-1040
              v.                                        )
                                                          )
STEPHEN L. JOHNSON, in his official     )
capacity as Administrator, U.S.               )
Environmental Protection Agency           )
                                                          )
         Defendant.                                 )
_____)

## NOTICE OF APPEARANCE

         Catherine M. Wannamaker hereby enters an appearance as counsel for Defendant

Stephen L. Johnson, in his official capacity as Administrator, United States Environmental

Protection Agency in the above-entitled action.  Ms. Wannamaker's addresses and telephone

number are as follows:

MAILING ADDRESS
Catherine M. Wannamaker
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C.  20026-3986

OVERNIGHT DELIVERY/STREET ADDRESS
Catherine M. Wannamaker
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street, N.W., Suite 8000
Washington, D.C.  20004

TELEPHONE NUMBERS
Telephone:  (202) 514-9365
Facsimile:    (202) 514-8865

DATED: August 2, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division


_____/s/_____
CATHERINE M. WANNAMAKER
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone:     (202) 514-9365

*Counsel for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served by the

Court's electronic filing system on August 2, 2007, upon:


David C. Bender
GARVEY, McNEIL, & McGILLIVRAY, S.C.
634 W. Main Street, Suite 101
Madison, WI 53703
Tel. (608) 256-1003
Fax (608) 256-0933

*Counsel for Plaintiff Sierra Club*


_____/s/_____
Catherine M. Wannamaker