IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
SIERRA CLUB )
)
    Plaintiff, )
) C.A. No. 07-1040
    v. )
)
STEPHEN L. JOHNSON, in his official )
capacity as Administrator, U.S. )
Environmental Protection Agency )
)
    Defendant. )
_____)

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), hereby moves this Court for an extension of time to respond to Plaintiff's Motion for Summary Judgment, filed on July 20, 2007. Defendant requests that the Court extend the deadline for its time to respond to Plaintiff's motion for 25 days, until August 27, 2007. In support of this motion, Defendant submits that:

    1.    In this Clean Air Act citizen suit, Plaintiff Sierra Club alleges that EPA has failed to meet a mandatory 60-day deadline to grant or deny a petition submitted by Sierra Club under Title V of the Clean Air Act regarding air pollution permits for the Weston Generating Station in Marathon County, Wisconsin.

    2.    The parties are attempting to resolve this matter without litigation, and request an extension of Defendant's time to reply to the summary judgment motion until August 27, 2007

in order to continue settlement discussions and avoid potential waste of the Court's and the parties' resources. Should these settlement discussions prove fruitful, they may obviate Defendant's need to reply to Plaintiff's motion for summary judgment.

      3.      Counsel for Defendant Stephen L. Johnson has conferred with counsel for Plaintiff Sierra Club, and is informed that Plaintiff does not oppose this request.

      WHEREFORE, Defendant respectfully requests that the Court grant Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment.

      RONALD J. TENPAS
      Acting Assistant Attorney General

          /s/
      CATHERINE M. WANNAMAKER, Attorney
      U.S. Department of Justice
      Environment and Natural Resources Division
      Environmental Defense Section
      P.O. Box 23986
      Washington, D.C. 20026-3986
      Phone:     (202) 514-9365

*Attorney for Defendant Stephen L. Johnson*

**OF COUNSEL**:

Howard Hoffman
U.S. Environmental Protection Agency
Office of General Counsel (2344A)
1200 Pennsylvania Ave., NW
Washington, D.C.   20460
(202)564-5582
(202)566-0070 (fax)

DATED:     August 2, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 2, 2007, a copy of this pleading was served upon the following counsel of record through the Court's electronic filing system and with a courtesy copy served via email:

David C. Bender
GARVEY, McNEIL, & McGILLIVRAY, S.C.
634 W. Main Street, Suite 101
Madison, WI 53703
Tel. (608) 256-1003
Fax (608) 256-0933

*Counsel for Plaintiff Sierra Club*

/s/
Catherine M. Wannamaker

DATED: August 2, 2007

Case 1:07-cv-01040-ESH   Document 9   Filed 08/02/2007   Page 4 of 4

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| SIERRA CLUB | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | C.A. No. 07-1040 |
| v. | ) | |
|  | ) | |
| STEPHEN L. JOHNSON, in his official capacity as Administrator, U.S. Environmental Protection Agency | ) ) ) | |
|  | ) | |
| Defendant. | ) | |
| _____) | | |

**[PROPOSED] ORDER EXTENDING DEFENDANT'S TIME
TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This matter having come before the Court on the motion of Defendant for an extension of time in which to respond to Plaintiff's Motion for Summary Judgment in this matter, and this Court having considered the motion and the bases therefore, the motion is granted. Therefore, it is

**ORDERED** that Defendant's response to Plaintiff's Motion for Summary Judgment is to be filed on August 27, 2007.

So Ordered.

_____
Ellen S. Huvelle
United States District Judge