UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB<br><br>    Plaintiff,<br><br>vs.<br><br>STEPHEN L. JOHNSON, Administrator,<br>United States Environmental Protection Agency<br><br>    Defendant. | Civ. No. 1:07-cv-1040 (ESH) |

**JOINT MOTION TO STAY ALL PROCEEDINGS**

  Plaintiffs Sierra Club and Defendant, Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA") respectfully request that the Court stay all proceedings in this case until September 20, 2007. In support of this request, the parties state the following.

  This is a Clean Air Act citizen suit in which Sierra Club alleges that EPA has failed to meet a mandatory 60-day deadline to grant or deny a petition submitted by Sierra Club under Title V of the Clean Air Act regarding an air pollution permit for the Weston Generating Station in Marathon County, Wisconsin. The parties have now reached a settlement in principle, and require time to formalize their agreement, as well as to obtain the necessary authorizations and approvals from their clients and provide notice in the Federal Register of the public's opportunity to comment on the proposed consent decree. In order to avoid potential waste of judicial and other resources, it is respectfully requested that the Court stay all proceedings in this case,

1

including Defendant's obligation to file its Answer and to respond to Plaintiff's pending motion for summary judgment, until September 20, 2007 so that the parties may finalize the settlement agreement.

                                Respectfully submitted,

                                ____/s/_____
                                David C. Bender
                                Garvey, McNeil, & McGillivray, S.C.
                                634 W. Main Street, Suite 101
                                Madison, WI 53703
                                Tel. (608)256-1003
                                Fax. (608)256-0933
                                Email: bender@gmmattorneys.com
                                *Counsel for Plaintiff*


                                Ronald J. Tenpas
                                Acting Assistant Attorney General
                                Environment & Natural Resources Division

                                _____/s/_____
                                Catherine Wannamaker
                                United States Department of Justice
                                Environment & Natural Resources Division
                                Environmental Defense Section
                                P.O. Box 23986
                                Washington, DC 20004 -3986

                                Howard Hoffman
                                Paul Versace
                                Office of General Counsel
                                U.S. Environmental Protection Agency
                                Ariel Rios Bldg., MC 2377A
                                1200 Pennsylvania Ave., N.W.
                                Washington, DC 20460
                                *Counsel for Defendant*

Dated: August 17, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, ) | Civ. No. 1:07-cv-01040 (ESH) |
| Plaintiff, ) | |
| v. ) | |
| STEPHEN L. JOHNSON, Administrator, ) United States Environmental Protection Agency ) | |
| Defendant. ) | |

**[proposed] ORDER**

Before the Court is Plaintiff and Defendant's Joint Motion to Stay All Proceedings. Having reviewed the Motion and finding that good cause exists, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that all proceedings in this case are stayed until September 20, 2007.

Dated: August ___, 2007

_____
Ellen S. Huvelle
United States District Judge