UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIERRA CLUB | ) ) ) |
| Plaintiff, | ) Civ. No. 1:07-cv-1040 (ESH) ) ) |
| vs. | ) ) |
| STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency | ) ) ) ) |
| Defendant. | ) ) ) |

**JOINT MOTION TO CONTINUE STAY OF ALL PROCEEDINGS**

Plaintiff Sierra Club and Defendant Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), respectfully request that the Court extend the current stay of all proceedings in this case until September 27, 2007. In support of this request, the parties state the following.

This is a Clean Air Act citizen suit in which Sierra Club alleges that EPA has failed to meet a mandatory 60-day deadline to grant or deny a petition submitted by Sierra Club under Title V of the Clean Air Act regarding an air pollution permit for the Weston Generating Station in Marathon County, Wisconsin. The parties have now reached a settlement in principle, and have formalized this agreement. The parties are in the process of obtaining the necessary authorizations and approvals from their clients, and require an additional week beyond the current stay to complete this process. As soon as the necessary authorizations have been obtained, the parties will lodge the proposed decree with the Court, and EPA will provide notice

in the Federal Register of the public's opportunity to comment on the proposed consent decree. In order to avoid potential waste of judicial and other resources, it is respectfully requested that the Court continue the stay of all proceedings in this case, including Defendant's obligation to file its Answer and to respond to Plaintiff's pending motion for summary judgment, until September 27, 2007 so that the parties may finalize the settlement agreement.

                                Respectfully submitted,

                                _____/s/_____
                                David C. Bender
                                Garvey, McNeil, & McGillivray, S.C.
                                634 W. Main Street, Suite 101
                                Madison, WI 53703
                                Tel. (608)256-1003
                                Fax. (608)256-0933
                                Email: bender@gmmattorneys.com
                                *Counsel for Plaintiff*

                                Ronald J. Tenpas
                                Acting Assistant Attorney General
                                Environment & Natural Resources Division

                                _____/s/_____
                                Catherine Wannamaker
                                United States Department of Justice
                                Environment & Natural Resources Division
                                Environmental Defense Section
                                P.O. Box 23986
                                Washington, DC 20004 -3986

                                Howard Hoffman
                                Paul Versace
                                Office of General Counsel
                                U.S. Environmental Protection Agency
                                Ariel Rios Bldg., MC 2377A
                                1200 Pennsylvania Ave., N.W.
                                Washington, DC 20460
                                *Counsel for Defendant*

Dated: September 19, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SIERRA CLUB,                        )   Civ. No. 1:07-cv-01040 (ESH)
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
STEPHEN L. JOHNSON, Administrator,  )
United States Environmental Protection Agency )
                                    )
        Defendant.                  )
_____ )

**[proposed] ORDER**

Before the Court is Plaintiff and Defendant's Joint Motion to Continue Stay of All Proceedings. Having reviewed the Motion and finding that good cause exists, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that all proceedings in this case are stayed until September 27, 2007.

Dated: September ___, 2007

_____
Ellen S. Huvelle
United States District Judge