IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, </br> </br>      Plaintiff, </br> </br> v. </br> </br> </br> STEPHEN L. JOHNSON, in his official </br>    capacity as Administrator, </br>    U.S. Environmental Protection </br>    Agency, </br> </br>      Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> )  Civ. No. 1:07-cv-01040 (ESH) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Paragraph 13 of the modified Consent Decree lodged in the above-captioned action on November 6, 2007 and Federal Rule of Civil Procedure 41(a)(1), the parties to this action, through their undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice.

On November 7, 2007, this Court granted Defendant's unopposed Motion to Enter the Consent Decree. Paragraph 13 of the modified Consent Decree provides that this action shall be dismissed when EPA completes its Clean Air Act obligations under the Consent Decree, and when the United States has paid $4,898.00 to plaintiff in attorney's fees. On December 19, 2007, EPA signed its response to the Weston petition, satisfying its Clean Air Act obligations under the Consent Decree. Plaintiff has received full payment of his attorneys' fees from the United States. Accordingly, all terms of the Consent Decree have been satisfied, and dismissal of this action

with prejudice is appropriate.

**COUNSEL FOR PLAINTIFF:**

Dated: December 20, 2007    /s/   DAVID C. BENDER
                                            Garvey, McNeil, & McGillivray, S.C.
                                            34 W. Main Street, Suite 101
                                            Madison, WI 53703
                                            Tel. (608) 256-1003
                                            Fax.  (609) 256-0933
                                            Email: bender@gmmattorneys.com

**COUNSEL FOR DEFENDANT:**

Dated: December 20, 2007    Ronald J. Tenpas
                                            Assistant Attorney General
                                            Environment & Natural Resources Division

                                            /s/ EILEEN T. MCDONOUGH
                                            United States Department of Justice
                                            Environment & Natural Resources Division
                                            Environmental Defense Section
                                            P.O. Box 23986
                                            Washington, DC 20004 -3986
                                            Tel.  (202) 514-3126
                                            Fax.  (202) 514-8865
                                            Email: eileen.mcdonough@usdoj.gov

                                            Of Counsel:
                                            Howard Hoffman
                                            Paul Versace
                                            Office of General Counsel
                                            U.S. Environmental Protection Agency
                                            Ariel Rios Bldg., MC 2377A
                                            1200 Pennsylvania Ave., N.W.
                                            Washington, DC 20460